998

Accordingly,

IT IS ORDERED THAT:

(1) These appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.

**WORLD WIDE STATIONERY MAN-UFACTURING CO., LTD., Plain-tiff–Appellant,**

v.

**U.S. RING BINDER, L.P., Defendant–Cross Appellant.**

Nos. 2010–1358, 2010–1359.

United States Court of Appeals, Federal Circuit.

May 5, 2011.

William K. West, Jr. Howrey, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Pame-

la S. Kane. Of counsel on brief were Keith A. Rabenberg and Richard L. Brophy, Senniger Powers, LLP, of St. Louis, MO.

Timothy E. Grochocinski, The Simon Law Firm, PC, of St. Louis, MO, argued for defendant-cross appellant. With him on the brief was Anthony G. Simon.

Before GAJARSA, DYK, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**WORLD WIDE STATIONERY MAN-UFACTURING CO., LTD., Plain-tiff–Appellant,**

v.

**U.S. RING BINDER, L.P., Defendant–Cross Appellant.**

Nos. 2011–1037, 2011–1050.

United States Court of Appeals, Federal Circuit.

May 5, 2011.